**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELOV ULUGBEK,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, Warden,<br>Respondent. | Case No.: 3:26-cv-04586-RBM-DDL<br>**ORDER REFERRING PETITION** |

On August 11, 2026, Petitioner Elov Ulugbek ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) Before proceeding, the Court **REFERS** the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel. If FDSDI chooses to accept representation, Petitioner **may file** an Amended Petition on or before **August 24, 2026**. **If an Amended Petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144**.

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to Federal Defenders of San Diego, Inc. and the United States

Attorney's Office.

**IT IS SO ORDERED.**

DATE: August 12, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE